54 A.3d 10

James FRENCH, Petitioner

v.

COURT OF COMMON PLEAS, and Commonwealth
of Pennsylvania District Attorney of Phila.
County, Pennsylvania, Respondents.

No. 128 EM 2012.

Supreme Court of Pennsylvania.

Sept. 24, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 24th day of September, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**

54 A.3d 10

COMMONWEALTH of Pennsylvania, Respondent

v.

Robert FENNELL, Petitioner.

No. 124 EM 2012.

Supreme Court of Pennsylvania.

Sept. 24, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 24th day of September, 2012, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**